JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BOSTON,<br><br>            Plaintiff,<br><br>vs.<br><br>CREDENCE RESOURCE MANAGEMENT, LLC, and DOES 1-10,<br><br>            Defendants. | CASE NO. CV 22-2589-MWF(JEMx)<br><br>JUDGMENT |

The Court has reviewed the Offer and Acceptance of Judgment (Docket Nos. 20 and 21) and now rules as follows:

1. The joint Rule 68 offer made by Defendant Credence Resource Management, LLC having been timely accepted by Plaintiff Steven Boston, judgment is hereby entered against the Defendant in favor of Plaintiff in the sum of ten thousand dollars and zero cents ($10,000.00).

2. The sum set out in this judgment is inclusive of all damages, remedies, costs, attorneys' fees, and interest currently accrued by Plaintiff.

3. The remaining DOE defendants are dismissed without prejudice.

Dated: October 27, 2022

                                            MICHAEL W. FITZGERALD<br>
                                            United States District Judge